JS 44 C AND (Rev. 12/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Derrick Richards White Pro'SE
5334 Golden Stream Dr.
Houston, TX 77066

**(b)** County of Residence of First Listed Plaintiff __Harris__
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
PRO SE

## DEFENDANTS
The Regents of The University of California
1111 Franklin St, Oakland, CA

County of Residence of First Listed Defendant __Alameda__
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☒ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | ☐ 690 Other | 28 USC 157 | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☐ 480 Consumer Credit |
| (Excl. Veterans) | ☐ 345 Marine Product | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | Leave Act | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 790 Other Labor Litigation | | Act |
| | Med. Malpractice | | ☐ 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | Security Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | ☐ 510 Motions to Vacate | | or Defendant) | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting | Sentence | | ☐ 871 IRS—Third Party | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | **Habeas Corpus:** | | 26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | ☐ 530 General | | | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | |
| | Other | ☐ 560 Civil Detainee - | (Prisoner Petition) | | |
| | ☐ 448 Education | Conditions of | ☐ 465 Other Immigration | | |
| | | Confinement | Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district *(specify)*   ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
Civil Rights Act 42 = 1983

Brief description of cause:
Violation of Parents Bill of Rights Act.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

## IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)
(Place an "X" in One Box Only)
☒ SAN FRANCISCO/OAKLAND   ☐ SAN JOSE   ☐ EUREKA

DATE __Feb 3, 2012__   SIGNATURE OF ATTORNEY OF RECORD

Derrick Richard's White   Pro'SE
5334 Golden Stream De.
Houston, Tx 77066
(cell)(510) 575-1661



FILED
FEB - 3 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

NP

Northren District Court of California ADR

C12-00568   MEJ
Cause of Action

Derrick Richard's White

V

The Regents of The University
California

Civil Rights Act 42:1983

Violation of Parents
Bill of Rights

Jurisdiction: Diversity

The plaintiff did file the complaint in the Superior court
of Contra Costa County Nov 2011. But feb 2, 2012 plaintiff
dismissed the complaint due too the plaintiff has relocated
to Houston, Tx feb 4, 2012.

So due too the (Jurisdiction Laws) the plaintiff is now
filing an submitting this complaint in the District Courts

# Declaration

The defendant did in fect Violate the Parents and guardian Rights.

The defendant gave false, and Misleading information regarding the cause of illnes of plaintiffs 17- month old child.

According to the laws pursuant to the California Parents Bill of Rights, Act. And U.S.C. Civil Rights Act 42: 1983

This cause of action is Ripe for Litigation.

Derrick Richard White

Statement of facts

(1). The defendant informed the plaintiff that his child had a genetic disease When in fact the child had aquired a induce form of Pancytopenia.

(2). Pancytopenia causes Hemophangocytic Lymphohistiocytosis (HLH) and there are two forms of (HLH) Inherited form and the aquired form.

Statement of Facts

(3). The defendant was well aware that
the child did not have the Inherited
Form of (HLH) but was treating
her and preping the child for a
Bone Marrow Transplant in which
they knew it would be impossbile
to find a Donor whom could
be a match for the child.

(4) Once the Plaintiff found out that the
child had the aquired form of (HLH)
he ordered the Defendant to do a
blood cell transplant by taking the mother
Blood cells and transplanting them
into the child. It worked and the
child is healthy (2) years later.

Statement of facts

(5). There is only one cure for the Inherited form of (HLH) and that is a Bone Marrow Transplant.

So the child did not have the inherite form of (HLH) and the Defendant gave false + misleading information to the Plaintiff whom is the parent and guardian.

(6) And the defendat was well aware that the child had the aquired form of (HLH) and all that was needed was a blood cell transplant.

# Expert Witness

DR. Sheikh : Pathologist

DR. YI-Shenge Lee: Hematology/Oncology

DR. Leslie Fazier : Genetic Disease

DR. Helaine Pleet : Pediatric

# Letter of Resolution

Plaintiff feels that with the expert witness statements in a depostion hearing that a jury would award him damages at a high value, and that the media, and others would damage the reputation of U.C.S.F. Medical Center. Also it would cost U.C.S.F. financedy hardship.

So the plaintiff is willing to compormise and release the defendant from the hardst of future litigation for the value of $25 million. Through litigation a jury would award more, and Plaintiff would ask for a higher value.

Exhibit (A)

Anatomic Pathology
Report

Upon admission to Sutter Memorial Hospital
in Sacramento, California Anaiya Richards
laboratory data tested postive for (Pancytopenia)

(Pancytopenia) is caused by certain (antibioics)
and (Amoxicillin) is one of those (antibioics).

Cal Pacfic med E.F.

**SUTTER MEMORIAL HOSPITAL**
Department of Laboratory Medicine
Kimberly Monnin, M.D., Med Director.
Ph: (916) 733-1711
Fax: (916) 733-1959

| **ANATOMIC PATHOLOGY** |
| **REPORT** |



Diagnostic Pathology
Medical Group, Inc.
Sutter Memorial Hospit
5151 F Street
Sacramento, CA 9581!

## **********ADDENDUM REPORT **********

| Patient: | **RICHARDS, ANAIYA** | Age: 1 (06/17/08) | Pathology #: | **SMS-09-0579** |
| Acct#: | 51777175 | Sex: FEMALE | MR#: | 145-74-54 |
| Doctor: | JILL SALO M.D. (916-733-1757) 5275 F ST BUILDING D SACRAMENTO, CA 95819 | | Date Obtained: Date Received: | 12/7/2009 12/7/2009 |

CC: AZAD A. SHEIKH M.D.

**MICROSCOPIC DIAGNOSIS:**

**PERIPHERAL BLOOD: MODERATE THROMBOCYTOPENIA (SEE COMMENT).**

**A-B. BONE MARROW ASPIRATE AND CORE BIOPSY (RIGHT AND LEFT):**
1. **NORMOCELLULAR BONE MARROW WITH TRILINEAGE HEMATOPOIESIS.**
2. **INCREASED NUMBERS OF MONOCYTES / HISTIOCYTES, SUBSET WITH ERYTHROPHAGOCYTOSIS (SEE COMMENT).**
3. **FEW ATYPICAL MONONUCLEAR CELLS, FAVOR REACTIVE.**
4. **MILD DYSERYTHROPOIESIS / MEGALOBLASTOID CHANGE.**
5. **ADEQUATE NUMBERS OF MEGAKARYOCYTES, FOCALLY CLUSTERED, AND FOCALLY HYPOLOBULATED.**
6. **MINIMALLY INCREASED RETICULIN FIBROSIS.**
7. **ERYTHROID IRON PRESENT.**

**COMMENT:** This bone marrow is reportedly performed to evaluate the etiology of the cytopenias in this 17-month-old girl with a couple week history of fever, jaundice, coagulopathy, and hepatosplenomegaly. Pertinent laboratory data includes pancytopenia at admission, including leukopenia (with normal absolute neutrophil count), severe microcytic anemia with a hemoglobin of 6.2 g/dl, and thrombocytopenia, hypertriglyceridemia (triglyceride level 713 mg/dl or 8.1 mmol/l, not necessarily fasting), hypofibrinogenemia (fibrinogen level 47 mg/dl or 0.47 g/l), markedly elevated serum ferritin level (greater than 16,500 ng/ml), elevated transaminases and bilirubin, and an LDH approaching 1,000 U/I (980 U/I). Additional pertinent laboratory data includes negative EBV serology, negative ANA, non-reactive HIV-1/HIV-2, and non-reactive acute hepatitis panel. In addition, PT and PTT are prolonged and D-dimer is significantly elevated.

The bone marrow aspirate smears contain a conspicuous population of monocytes / histiocytes, a subset of which show erythrophagocytosis. This finding, interpreted in the context of the above clinical and laboratory findings, is compatible with a diagnosis of hemophagocytic lymphohistiocytosis (HLH). These findings do not indicate whether the HLH is genetic or acquired. Clinical correlation and additional testing is recommended to make that distinction.

The bone marrow additionally contains increased numbers of atypical mononuclear cells that are favored to represent either reactive lymphocytes or reactive monocytes. Mild dyserythropoiesis / megaloblastoid change is also noted, as is mild megakaryocytic atypia, findings not favored to

Exhibit (B)

Pathology Report
+
Oncology Report

After being transfered to U.C.S.F. Medical Center in San Francisco, ca the pathologist determine that the

(Pancytopenic) is most likely related to

ANaiya Richards Illness (HLH)

Page #1

## U.C.S.F. MEDICAL CENTER, STOR/CDS SYSTEM

Patient Name: RICHARDS, ANAIYA                 Printed on 09-12-11 at 02:41 pm
MRN:            5079684-1                                          TMP3145
DOB:            06/17/2008

DOCUMENT # 2265872  Signed
VISIT #    17700726

CONSULTATION
DATE OF CONSULTATION:        01/11/2010
REQUESTING PHYSICIAN:  Steve Dubois, M.D., Pediatric Oncology.
REASON FOR CONSULTATION:  Evaluate patient for matched unrelated donor
transplantation.
HISTORY OF PRESENT ILLNESS:  The patient is an 18-month-old female who
was diagnosed with hemophagocytic lymphohistiocytosis on December 8,
2009 at Sutter Memorial Hospital.  She presented in November with fevers
and then on December 5, 2009 she was hospitalized at Sutter with acute
liver failure.  At the time of this hospitalization, her ferritin was
16,500, triglycerides 713, and fibrinogen was low at 47.  Genetic
testing was sent and she was found to have MUNC compound heterozygosity
with two different heterozygous mutations.  She was started on HLH
protocol on December 8, 2009 and treated with Decadron and VP-16
initially as well as intrathecal treatments.  On December 19,
cyclosporin was started as well, but has since been discontinued.  She
is currently hospitalized at UCSF since December 21, when the father
requested a second opinion and care transfer, and is receiving
continuation of treatment for HLH with weekly etoposide, dexamethasone
2.5 mg daily, and intrathecal methotrexate weekly, following  the HLH
protocol.
Other than HLH, her complications included coagulase-negative
staphylococcus bacteremia) for which she was treated.  She is also
pancytopenic which is most likely related to her HLH.  She is also on
Ambisome as an empiric therapy for fever and neutropenia.  Her CMV
status is unclear at this time.  Prior to transfer to UCSF, she has
received IVIG.  We are trying to find out what her CMV status was before
ivig.
She is breast fed.  Maternal  CMV status is unknown.
PAST MEDICAL HISTORY:  Her past medical history indicates that she was a
full-term baby delivered via cesarean section, which was a scheduled
cesarean section.  She is the only child of a 24-year-old mother and
44-year-old father, who come from a mixed racial background.  Father is
African-American and mother is mixed race, African-American and
Caucasian.  She has had an uneventful history up until November, when
she started having fevers following immunization.  According to the
family, she underwent all immunizations including live vaccines.
Developmental history indicates that she walked at one year of age and
that her speech development was appropriate.  She has had approximately
ten transfusions so far, and developed itching after transfusions; thus
she is premedicated with Benadryl for the transfusions.
LABORATORY:   Her current laboratory tests indicate that her hemoglobin
is 10.6, white blood cell count is 1.4 with absolute neutrophil count of
20, platelet count 334,000.  Her bilirubin is 1.7, AST 124, ALT 160, GGT
798 and alkaline phosphatase 10,027.
FAMILY HISTORY:  Her family history is remarkable for father who

Exhibit (c)

Cytometry Report
Pathology Report

Upon admission to the hosptial Anaiya Richards
tested Negitive for Leukemia or Lymphoma
which means She had NO Inherited forms
of any Hemophangocytic Lymphohistiocytosis
(H L H)

She had a (Normal Cellular) activties with
her bone marrow.

**SUTTER MEMORIAL HOSPITAL**
Department of Laboratory Medicine
Kimberly Monnin, M.D., Med Director.
Ph: (916) 733-1711
Fax: (916) 733-1959

| **ANATOMIC PATHOLOGY**
**REPORT** |



Diagnostic Pathology
Medical Group, Inc.
Sutter Memorial Hospita
5151 F Street
Sacramento, CA 95819

## \*\*\*\*\*\*\*\*\*\*ADDENDUM REPORT \*\*\*\*\*\*\*\*\*\*

| Patient: | **RICHARDS, ANAIYA** | Age: 1 (06/17/08) | Pathology #: | **SMS-09-0579£** |
|---|---|---|---|---|
| Acct#: | 51777175 | Sex: FEMALE | MR#: | 145-74-54 |
| Doctor: | JILL SALO M.D. (916-733-1757)
5275 F ST BUILDING D
SACRAMENTO, CA 95819 | | Date Obtained:
Date Received: | 12/7/2009
12/7/2009 |

CC: AZAD A. SHEIKH M.D.

represent an evolving myelodysplastic syndrome. These results should be correlated with the results of the concurrent conventional cytogenetic study.

The concurrent flow cytometry study of bone marrow aspirate material from the left side (FCM-09 1231) detects no immunophenotypic evidence of acute leukemia or malignant lymphoma.

These results are discussed with Dr. Saunders Hsu on 12/8/09.

This case is also reviewed by Dr. Lorinda Soma, who concurs with the diagnosis and interpretation.

The appropriate positive and negative controls were used for each immunohistochemical stain. The tests that are reported here have been developed and the performance characteristic determined by Central Histology Facility of Diagnostic Pathology Medical Group, Inc. They may not have been cleared or approved by the U.S. Food and Drug Administration (FDA). However, the FDA has determined that such clearance or approval is not necessary. This test is used for clinical purposes. It should not be regarded as investigational or for research. This laboratory certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA) as qualified to perform high complexity clinical laboratory testing.

KAM:mw; 85060, 85097 x 2, 88305 x 2, 88311 x 2, 88313 x 5, 88342 x 3; 288.4, 285.9, 287.5, 288.50

**KIMBERLY A. MONNIN, M.D.**
Electronically signed 12/09/2009

Page #1

U.C.S.F. MEDICAL CENTER, STOR/CDS SYSTEM

Patient Name: RICHARDS, ANAIYA                    Printed on 09-12-11 at 02:27 pm
MRN:          5079684-1                                                   TMP3145
DOB:          06/17/2008

   DATE:    1-6-10              IMMUNOLOGY # IM10-29              PARNASSUS
   VISIT #  17007269

   SOURCE:   Bone Marrow Aspirate

   DIAGNOSIS:
       No evidence of a lymphoproliferative disorder; see comment.

CLINICAL DATA:

    The patient is a 18-month-old girl with hemophagocytic lymphohistiocytosis
    (HLH) who is being treated with etoposide and dexamethasone.
    SPECIMEN DESCRIPTION Bone marrow aspirate, right posterior iliac crest
    SURFACE MARKERS ANALYZED B-cell markers:  CD19, CD20, CD22, CD23, Ig
    kappa, Ig lambda T-cell markers:  CD2, CD3, CD4, CD5, CD7, CD8 Myeloid
    markers:  CD13, CD15, CD33 NK markers:  CD11c, CD16, CD56 Immature
    markers:  CD10, CD34, CD117 Pan-leukocyte:  CD45

COMMENTS:

    Gating was performed on a population of bright CD45, low side scatter
    events representing 74% of total events.  These events included B-cells
    (6% of gated events) with a kappa:lambda ratio of 1.5:1, T-cells (89% of
    gated events) with a CD4:CD8 ratio of 1:1, and NK-cells (5% of gated
    events).  The B-cells expressed CD19, CD20, CD22, and variable CD23
    without co-expression of CD5, CD10, or CD34.  The T-cells expressed CD2,
    CD3, CD5, variable CD7, and either CD4 or CD8 without loss of a pan-T-cell
    marker.  There were a few events with low to moderate side scatter and
    absent CD45 expression that did not stain for any markers tested, and
    likely represent cellular debris or red cell precursors.  The remaining
    events in this sample were immunophenotypically consistent with monocytes
    and granulocytes.  No evidence of a T-cell or B-cell lymphoma is
    identified.
    These results were communicated to Dr. Chris Nixon on 1/7/2010.

PATHOLOGIST:      Karlon, William J., MD    43856

**SUTTER MEMORIAL HOSPITAL**
Department of Laboratory Medicine
Kimberly Monnin, M.D., Med Director.
Ph: (916) 733-1711
Fax: (916) 733-1959

| **ANATOMIC PATHOLOGY**
**REPORT** |



Diagnostic Pathology
Medical Group, Inc.
Sutter Memorial Hospital
5151 F Street
Sacramento, CA 95819

## **\*\*\*\*\*\*\*\*\*\*ADDENDUM REPORT \*\*\*\*\*\*\*\*\*\***

| Patient: | **RICHARDS, ANAIYA** | Age: 1 (06/17/08) | Pathology #: | **SMS-09-05798** |
|---|---|---|---|---|
| Acct#: | 51777175 | Sex: FEMALE | MR#: | 145-74-54 |
| Doctor: | JILL SALO M.D. (916-733-1757) | | Date Obtained: | 12/7/2009 |
| | 5275 F ST BUILDING D | | Date Received: | 12/7/2009 |
| | SACRAMENTO, CA 95819 | | | |

CC: AZAD A. SHEIKH M.D.

### **ADDENDUM:**

Conventional cytogenetic analysis of bone marrow aspirate material (Sutter Memorial Hospital, M09-729) reveals a normal female karyotype (46,XX). This finding does not alter the above diagnosis.

KAM:rad

**KIMBERLY A. MONNIN, M.D.**
Electronically signed 12/11/2009

Exhibit (1)

Newborn Screening Results
&
Medication Allergies

The following Reports Shall show that
Anaiya Richards allergies are
Penicillin and (Amoxicillin).

(1). (Amoxicillin) is a (immunoSurpressive) Drug

(2). Anaiya Richards was born without any deficeny
at birth. But She was born a (Anemia) which
means her immune System is already (Surpres

(3) DR. Lamendola Should have read Anaiya Rich
Medical Records before giving her the medication
because he would have Seen/Read She was
(Anemia) and (Amoxicillin) is a drug that is
Not to, be given to (Anemia) Patients. /AMOXICILL



negative.
ALLERGIES: She has allergies to PENICILLIN and AMOXICILLIN.
CURRENT MEDICATIONS: Her current medications were reviewed. She was
started on potassium yesterday, and has taken 1 dose last evening.
PHYSICAL EXAMINATION: She is afebrile with stable vital signs. Again,
her weight is 9.2 kg, which is less than the fifth percentile.
Constitutional and ENT are within normal limits. Eyes: Her sclerae
were nonicteric. Head: Normocephalic, atraumatic.. Neck was within
normal limits. Chest was clear to auscultation. Abdominal exam had
normoactive bowel sounds with no hepatosplenomegaly or masses.
Cardiovascular: She had a regular rate and rhythm. Normal S1 and S2
with no murmurs, gallops, or rubs. Her extremities were warm and
well-perfused. Musculoskeletal and GU were within normal limits.
Neurologically, she is nonfocal. She has no adenopathy. Her skin
reveals areas of hyperpigmentation, but no erythema.
LABORATORY AND DIAGNOSTIC STUDIES: Lab studies to be obtained today in
clinic include a CBC with diff, electrolytes, transaminase, and
engraftment studies, EBV and HHC6, PCR, cyclosporin level, and a
potassium level.
PROBLEM LIST:
1. Her disease status, she remains in remission.
2. Her engraftment hemologic status. She will have repeat engraftment
studies today. Her last studies were on 04/05/2010, and showed only
donor cells present.
3. Infection. She is CMV negative.
4. Graft versus host disease, appears to be stable to improved. Her
cyclosporin level was low on 05/03 at 85. It was obtained approximately
an hour and a half after the dose. We will repeat her cyclosporin level
today, and continue her on her current dose of prednisone for another
week.
5. Immune reconstitution and last T-cell function. There is some
evidence have not been assessed posttransplant yet.
ASSESSMENT AND PLAN:
1. Repeat cyclosporin level, increase dose to 0.4 mL or 40 mg t.i.d.
2. Check engraftment studies.
3. Repeat a potassium level, and continue on her current dose.
4. Her nutritional status, her weight is unchanged. If her weight is
not improved in 1 week, we would recommend NG feeds.
5. Her prednisone will continue at the same dose this week, but will be
tapered next week, if she continues to be stable to improved.
I spent a total of 40 minutes face-to-face with the patient and family,
20 minutes were spent counseling the family on feeding, weight,
graft-versus-host disease, labs, and medications.
Sincerely,
CHRISTOPHER C. DVORAK, M.D.
ASSISTANT CLINICAL PROFESSOR
PEDIATRIC BLOOD AND MARROW TRANSPLANT DIVISION
EXTRA COPIES:
CARBON COPIES:                 Steven Gary DuBois, MD
                               Box 0106
DICTATED BY:                   Christopher Craig Dvorak, MD 68153
                               Electronically Signed by
                               Christopher Craig Dvorak, MD 05/06/2010
                               12:56 P

ATTENDING PHYSICIAN:           Christopher Craig Dvorak, MD 68153
D:    05/05/2010 11:58 A

CALIFORNIA DEPARTMENT OF PUBLIC HEALTH
NEWBORN SCREENING PROGRAM
850 MARINA BAY PARKWAY, ROOM F175
RICHMOND, CA 94804
(510) 412-1502

**NEWBORN SCREENING RESULTS - INITIAL**

| BABY | |
|---|---|
| COLLINS | |
| Gender: | Female |
| NBS FORM #: | 24450636 |
| Medical Record: | 012323840 |

| BIRTH/COLLECTION INFORMATION | | |
|---|---|---|
| | Date | Time |
| Baby's Birth: | 06/17/08 | 0956 |
| Specimen Collection: | 06/18/08 | 0845 |
| Age at Collection: | 22 hour(s) | |
| Birth Weight: | 3712 grams | |
| Ethnicity: | Hispanic, Black | |
| Specimen Collection Site: | DMC | |
| Feeding Type: | Breast only | |

DOCTORS MEDICAL CENTER
MED RECS/BIRTH CERTIFICATE
:441 Florida Ave
Modesto, CA 95350-4405
|ll|ll|ll|ll|ll|ll|ll|ll|ll|ll|ll|ll|ll|ll|ll|ll|ll|ll|

Newborn's Physician: SEANG SENG, MD

Testing Laboratory:
WESTERN CLINICAL LABORATORY
408 Sunrise Ave, Roseville, CA 95661-4123

| MOTHER |
|---|
| COLLINS, NICOLE |
| 313 De Vega Ct |
| Modesto, CA 95354-3212 |
| (916) 271-5177 |

Directors:
John Sherwin, Ph.D., Chief, Genetic Disease Laboratory, (510) 231-1790

Test interpretations are based on the **Birth/Collection Information** provided above and subject to disclaimer below.

| TEST - Individual analytes listed on reverse side | | INTERPRETATION |
|---|---|---|
| Cystic Fibrosis (CF) | | Negative |
| Biotinidase Deficiency | | Negative |
| Galactosemia | | Negative |
| Primary Congenital Hypothyroidism | | Negative |
| Congenital Adrenal Hyperplasia (due to 21-Hydroxylase Deficiency) | | Negative |
| MS/MS Acylcarnitine Panel | | Negative |
| MS/MS Amino Acid Panel (Including PKU) | | Negative |
| Hemoglobinopathies | | INTERPRETATION |
| Hb Pattern: | FA | Usual hemoglobin pattern. These results assume no transfusion prior to testing and do not rule out the possibility of a thalassemia trait or rare hemoglobin variants. |

Follow-up:

Due to biological variability of newborns and differences in detection rates for the various disorders in the newborn period, the Newborn Screening Program will not identify all newborns with these conditions. While a positive screening result identifies newborns at an increased risk to justify a diagnostic work-up, a negative screening result does not rule out the possibility of a disorder. Health care providers should remain watchful for any sign or symptoms of these disorders in their patients. A newborn screening result should not be considered diagnostic, and cannot replace the individualized evaluation and diagnosis of an infant by a well-trained, knowledgeable health care provider.
*If you have questions regarding these results, please contact the Newborn Screening staff at*

Exhibit (E)

The following documents support once Anaiya
was given her mothers (Blood Cells)
that the (Pancytopenia) was Resloved.

Matter of a fact all Side effects
and damages from the medications
was resloved.

(1). The o<u>nl</u>y cure for (Secondary) (HLH) or for
(Pancytopenia) is a Hypoidencal Cell Transplan

(2). The o<u>nl</u>y cure for (Inherited) (HLH) is a
Bone Marrow Transplant.

(3). It is very evident Anaiya Richards had Secondar
(HLH) which is caused by a immuwosupressive
drug and the only medication she ever had
Amoxicillin which is what caused (Pancyt

Sep 22,11 10:54a     G and E Hu                              5102452364                p.10

2.  Adrenal suppression.
3.  Transaminitis
4.  Pancytopenia, resolving.
5.  Typhlitis, resolved.
6.  Nausea and anorexia, resolved.
7.  Klebsiella bacteremia, resolved.
8.  Potassium and phosphorous wasting, resolved.

PHYSICAL EXAMINATION ON DISCHARGE:  In general, this is a very playful
toddler in no acute distress, sitting in bed.  Her mental status is
alert and interactive.  Her head is normocephalic and is notable for
alopecia and cushingoid facies.  Her extraocular movements are intact.
Her pupils are equal, round, and reactive to light.  Her tympanic
membrane exam was deferred today.  Her oropharynx is clear, with moist
mucous membranes.  Her neck is supple, without lymphadenopathy.  She is
breathing comfortably on room air and her lung sounds are clear to
auscultation bilaterally.  Her cardiac exam is unremarkable, without
murmur.  Her abdomen continues to be mildly distended and she has no
hepatosplenomegaly palpated today.  Her genitourinary exam is only
significant for hyperpigmentation, but no active rashes.  Her
neurological exam is remarkable for mild gross motor delay, although she
is walking with assist.  She does not speak words yet.  Her
musculoskeletal exam reveals thin extremities.  Overall, her skin has no
active rashes.  Her double lumen Broviac site on her right chest is
clear, dry and intact.

DISCHARGE MEDICATIONS:
1.  Acyclovir 140 mg p.o. b.i.d.
2.  Cholecalciferol 400 units p.o. daily.
3.  Fluconazole 36 mg p.o. daily.
4.  Hydrocortisone 15 mg each a.m., 10 mg each afternoon and each p.m.,
tapering Friday per taper calender.
5.  IVIG 5 grams IV q.3 weeks, last received 4/1/2010.
6.  Zofran 1.6 mg p.o. q.8 h. p.r.n. nausea.
7.  Poly-Vi-Sol 1 mL p.o. daily.
8.  Potassium chloride 6 mEq p.o. b.i.d.
9.  Zantac 25.5 mg p.o. b.i.d.
10.  Septra 24 mg p.o. b.i.d. each Friday, Saturday and Sunday.
11.  Actigall 78 mg p.o. b.i.d.

FOLLOW UP:  The patient is being discharged to family house.  She will
have home health care and laboratory done next Thursday.  She will
return to the Bone Marrow Transplant Clinic on 4/14.

EXTRA COPIES:

CARBON COPIES:               PCP No
                             Box 0208

         .                   In dictionary Not


ATTENDING MD:      Dvorak, Christopher Cra  68153

    DICTATED BY:  Dvorak, Christopher Cra  68153

    D: 4-5-10      12:38

lymphoid forms, including some with plasmacytoid features, are present
throughout, appropriate for age. The bone marrow core specimens are 95%
cellular (normal for age) and display mixed hematopoiesis, including norma
numbers of megakaryocytes. Occasional small clusters of megakaryocytes are
noted. Histiocytic forms appear modestly increased throughout. Blasts are
not increased and no lymphoid aggregates or granulomas are appreciated.
Immunohistochemical stains on the core biopsies highlight mixed CD79a+
B-cells and somewhat increased CD3+ T-cells scattered throughout, accounti
for approximately 30% of the cellular material. CD68 highlights
predominantly maturing myeloid elements and occasional monocytic/macrophag
elements, some of which contain hematopoietic cells. Reticulin stains are
focally, slightly increased; although this finding may represent subcortic
location.  Iron stains on the core biopsy reveal scant to absent storage
iron (may not be optimal on decalcified material; thus, accurate evaluatic
of iron stores is not possible), while aspirate iron stains show no
increased ringed sideroblasts (storage iron cannot be evaluated due to lac
of particles). Per report, cytogenetics are normal: 46, XX.  Additionally,
flow immunophenotyping (left aspirate) reportedly detects no evidence of
acute leukemia or a lymphoma.

CLINICAL HISTORY:
The patient is a 17 month old girl with a reported history of cytopenias
with several weeks of fever, jaundice, coagulopathy (elevated PT,PTT, and
D-Dimer), and hepatosplenomegaly. Per report, the patient's initial
laboratory data includes leukopenia (with a normal absolute neutrophil
count), severe microcytic anemia (HGB 6.2 g/dL), thrombocytopenia,
hypertriglyceridemia (713 mg/dL), hypofibrinogenemia (fibrinogen 47 mg/dL)
elevated serum ferritin (>16,500 ng/mL), elevated transaminases and
bilirubin, elevated LDH (980 U/L), and negative serologies for EBV, HIV,
hepatitis, and ANA. A bone marrow biopsy was done at another institute
(SMS09-5798, 12/7/2009) secondary to concern for hemophagocytic
lymphohistiocytosis (HLH), which is reviewed here by UCSF hematopathology.
LABORATORY DATA (12/7/2009): WBC 8.2 x10E9/L, HGB 12.1 g/dl, MCV 70 fl, PI
54 x10E9/L

MICROSCOPIC DESCRIPTION:

OUTSIDE MATERIAL RECEIVED:
From: SUTTER MEMORIAL HOSPITAL, SACRAMENTO, CA 95819; Glass slides
(accession number SMS09-5798; date 12/7/2009): 18 total slides, 0
Blocks: Outside report prepared by Dr. Kimberly A. Monnin on 12/9/2009.

A UCSF Hematopathologist is asked to review this case by Dr. Steven
Dubois of UCSF Pediatric Hematology/Oncology.

PATHOLOGIST:  Etzell, Joan E., MD    26521

Closing Statements

The plaintiff has submitted the proper documents
to Support the complaint.

Thus far the complaint is ripe for litigation
and the Plaintiff request the courts to move
forward with the process.

C.C. file

Derrick Richards While

UCSf children Hospital, Pediatric Treatment Team.

Derrick Richard's White   Pro SE
5334 Golden Stream, DR.
  Houston, TX 77066

        Proof Service


Defendant was proply serviced with Summons, complaint,
Civil CoverSheet. ON  Feb 3, 2012    at.

  1111 Franklin Street  8th floor

     Oakland, California


Deliviered Personaly by  Yolanda Jackson
                         1746 5th Street  94801
                           Richmond, Ca


                        X _____
                              Server


                        X _____
                              receiver,